ALDRICH LAW FIRM, LTD.
JOHN P. ALDRICH
Nevada Bar No. 6877
7866 West Sahara Avenue
Las Vegas, Nevada 89117
Telephone: (702) 853-5490
Facsimile: (702) 227-1975
Email: jaldrich@johnaldrichlawfirm.com

Attorneys for Lead Plaintiff Movant Denis Bourque

[The names and addresses of additional counsel appear on the signature pages.]

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

MARC BERNSTEIN, Individually and on Behalf of All Others Similarly Situated,

Plaintiff,

vs.

MP MATERIALS CORP. f/k/a FORTRESS VALUE ACQUISITION CORP., JAMES H. LITINSKY, RYAN CORBETT, ANDREW A. MCKNIGHT, and DANIEL N. BASS,

Defendants.

Case No. 2:22-CV-00315-CDS-DJA

**STIPULATION SETTING RESPONSE DEADLINES AND BRIEFING SCHEDULE**

**RECITALS**

A. On February 22, 2022, Plaintiff Marc Bernstein filed the above-captioned putative securities class action against Defendants MP Materials Corp., James H. Litinsky, Ryan Corbett, Andrew A. McKnight and Daniel M. Bass, asserting claims under Sections 10(b) and 20(a) of the Securities Exchange Act of 1934 and Rule 10b-5 thereunder;

B. On March 29, 2022, Plaintiff purportedly served Defendant MP Materials Corp. by serving its Delaware agent for service of process, triggering a response date of April 19, 2022 for this Defendant only;

C. Under the Private Securities Litigation Reform Act of 1995 ("PSLRA"), and in particular 15 U.S.C. § 78u-4(b)(3)(B), discovery is stayed until there is a ruling on any motions to dismiss;

D. The PSLRA dictates the procedures for the administration of federal securities class actions (see 15 U.S.C. § 78u-4), including the appointment of a lead plaintiff to act on behalf of the purported class (see 15 U.S.C. § 78u-4(a)(3)(B)(ii));

E. On April 25, 2022, Denis Bourque, Mark Jurkiewicz and Carmelo Zappulla filed motions to be appointed lead plaintiff (ECF Nos. 12-15);

F. On May 9, 2022, Jurkiewicz and Zappulla filed papers conceding that they did not have the largest financial interest in the relief sought, within the meaning of 15 U.S.C. §78u-4(a)(3)(B)(iii), and that they did not oppose the motion of Denis Bourque (ECF Nos. 16-17);

G. Nobody has opposed the motion of Denis Bourque to be lead plaintiff (ECF No. 20);

H. Assuming the Court appoints Denis Bourque lead plaintiff, he plans to amend the existing complaint;

I. The Court's minute order entered May 9, 2022, sets a deadline to respond to the existing complaint of June 27, 2022, but provides that the parties may move that deadline by stipulation; and

J. Counsel for the existing plaintiff, Marc Bernstein, and the presumptive lead plaintiff, Denis Bourque, have met and conferred with defense counsel to discuss a mutually agreeable response deadline and briefing schedule going forward, bearing in mind their respective vacation plans and other commitments, such as trials in other matters, and have reached agreement on the schedule proposed below, which they ask this Court to adopt.

**STIPULATION**

NOW, THEREFORE, Plaintiff Marc Bernstein, presumptive lead plaintiff Denis Bourque and all Defendants, by and through their undersigned counsel, agree and stipulate that:

1. Assuming that the Court designates Denis Bourque as lead plaintiff under 15 U.S.C. § 78u-4(a)(3)(B) and the Court approves Bourque's selection of Lead Counsel under 15 U.S.C. § 78u-4(a)(3)(B)(v), Denis Bourque will file and serve his amended complaint no later than Friday, August 26, 2022;

2. Defendants will respond to the operative complaint no later than Friday, September 30, 2022 and, as is customary in actions under the PSLRA, anticipate moving to dismiss

the operative complaint;

3. Assuming Defendants move to dismiss the operative complaint, the designated Lead Plaintiff will file a response no later than Thursday, November 10, 2022, and Defendants will reply to that response no later than Friday, December 2, 2022, with the hearing on the motion(s) to be set for a date thereafter convenient for the Court.

Dated: June 17, 2022

Respectfully submitted,

MUEHLBAUER LAW OFFICE, LTD.
ANDREW R. MUEHLBAUER, ESQ.
Nevada Bar No. 10161
7915 West Sahara Avenue, Suite 104
Las Vegas, Nevada 89117
Telephone: 702.330.4505
Facsimile: 702.825.0141
andrew@mlolegal.com

POMERANTZ LLP
Jeremy A. Lieberman
(pro hac vice application forthcoming)
J. Alexander Hood II
(pro hac vice application forthcoming)
600 Third Avenue, 20th Floor
New York, New York 10016
Telephone: (212) 661-1100
Facsimile: (212) 661-8665
jalieberman@pomlaw.com
ahood@pomlaw.com

WOHL & FRUCHTER LLP
Joshua E. Fruchter
(pro hac vice application forthcoming)
25 Robert Pitt Drive, Suite 209G
Monsey, New York 10952
Telephone: (845) 290-6818
Facsimile: (718) 504-3773
jfruchter@wohlfruchter.com

By: *_/s/ Andrew R. Muehlbauer_*

Attorneys for Plaintiff MARC BERNSTEIN

ALDRICH LAW FIRM, LTD.
John P. Aldrich
Nevada Bar No. 6877
7866 West Sahara Avenue
Las Vegas, Nevada 89117
Telephone: (702) 853-5490
Facsimile: (702) 227-1975
Email: jaldrich@johnaldrichlawfirm.com

By: *__/s/ John P. Aldrich*
John P. Aldrich, Esq.

Counsel for Lead Plaintiff Movant DENIS BOURQUE and Proposed Liaison Counsel for the Class

GLANCY PRONGAY & MURRAY LLP
Charles Linehan
1925 Century Park East, Suite 2100
Los Angeles, California 90067
Telephone: (310) 201-9150
Facsimile: (310) 201-9160
Email: clinehan@glancylaw.com

Counsel for Lead Plaintiff Movant DENIS BOURQUE and Proposed Lead Counsel for the Class

THE LAW OFFICES OF FRANK R. CRUZ
Frank R. Cruz
1999 Avenue of the Stars, Suite 1100
Los Angeles, CA 90067
Telephone: (310) 914-5007

Additional Counsel for Lead Plaintiff Movant DENIS BOURQUE

PILLSBURY WINTHROP SHAW PITTMAN LLP
Bruce A. Ericson
(pro hac vice application forthcoming)
Lee Brand
(pro hac vice application forthcoming)
Four Embarcadero Center, 22nd Floor
San Francisco, CA 94111-5998
Telephone: 415.983.1000
Facsimile: 415.983.1200
bruce.ericson@pillsburylaw.com
lee.brand@pillsburylaw.com

By: */s/ Bruce A. Ericson*
Bruce A. Ericson, Esq.

Attorneys for Defendants MP MATERIALS CORP., JAMES H. LITINSKY and RYAN CORBETT

ROPES & GRAY LLP
David B. Hennes
(pro hac vice application forthcoming)
1211 Avenue of the Americas
New York NY 10036-8704
Telephone: +1 212 596 9395
Facsimile: +1 646 728 2758
David.Hennes@ropesgray.com

ROPES & GRAY LLP
Andrew B. Cashmore
(pro hac vice application forthcoming)
Prudential Tower
800 Boylston Street
Boston, MA 02199-3600
Telephone: +1 617 235 4088
Facsimile: +1 617 235 0412
Andrew.Cashmore@ropesgray.com

By: */s/ David B. Hennes*
David B. Hennes, Esq.

Attorneys for Defendants ANDREW A. MCKNIGHT and DANIEL N. BASS

**ORDER**

IT IS SO ORDERED.

DATED this 22nd day of June, 2022.

DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE