JOHN P. ALDRICH
Nevada Bar No. 6877
**ALDRICH LAW FIRM, LTD.**
7866 West Sahara Avenue
Las Vegas, Nevada 89117
Telephone: (702) 853-5490
Facsimile: (702) 227-1975
Email: jaldrich@johnaldrichlawfirm.com

Kara M. Wolke (*pro hac vice pending*)
Leanne H. Solish (*pro hac vice pending*)
Raymond D. Sulentic (*pro hac vice pending*)
**GLANCY PRONGAY & MURRAY LLP**
1925 Century Park East, Suite 2100
Los Angeles, California 90067
Telephone:   (310) 201-9150
Facsimile: (310) 201-9160
Email: kwolke@glancylaw.com

*Lead Counsel for Lead Plaintiff Denis Bourque*

**UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA**

| | |
|---|---|
| MARC BERNSTEIN, Individually and On Behalf of All Others Similarly Situated,<br><br>             Plaintiff,<br><br>             v.<br><br>MP MATERIALS CORP. f/k/a FORTRESS VALUE ACQUISITION CORP., JAMES H. LITINSKY, RYAN CORBETT, ANDREW A. MCKNIGHT, and DANIEL N. BASS,<br><br>             Defendants. | Case No. 2:22-cv-00315-CDS-DJA<br><br>The Hon. Cristina D. Silva<br><br>**LEAD PLAINTIFF DENIS BOURQUE'S NOTICE OF VOLUNTARY DISMISSAL** |

NOTICE OF VOLUNTARY DISMISSAL
Case No. 2:22-cv-00315-CDS-DJA

NOTICE IS HEREBY GIVEN that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Lead Plaintiff Denis Bourque ("Plaintiff") hereby voluntarily dismisses this action, without prejudice, as to all Defendants (MP Materials Corp. *f/k/a* Fortress Value Acquisition Corp., James H. Litinsky, Ryan Corbett, Andrew A. Mcknight, and Daniel N. Bass), and without prejudice to his ability to participate in related actions as an absent class member. As grounds therefore, Plaintiff states that: (1) no opposing party has served either an answer or a motion for summary judgment; and (2) this dismissal will not bind or prejudice any party or member of the putative class.

Dated:  August 24, 2022

**ALDRICH LAW FIRM, LTD.**

/s/ John P. Aldrich
John P. Aldrich
Nevada Bar No. 6877
7866 West Sahara Avenue
Las Vegas, Nevada 89117
Telephone: (702) 853-5490
Facsimile: (702) 227-1975
Email: jaldrich@johnaldrichlawfirm.com

*Liaison Counsel for Lead Plaintiff Denis Bourque*

**GLANCY PRONGAY & MURRAY LLP**
Kara M. Wolke (*pro hac vice pending*)
Leanne H. Solish (*pro hac vice pending*)
Raymond D. Sulentic (*pro hac vice pending*)
1925 Century Park East, Suite 2100
Los Angeles, California 90067
Telephone: (310) 201-9150
Facsimile: (310) 201-9160
Email:  clinehan@glancylaw.com

*Lead Counsel for Lead Plaintiff Denis Bourque*

**THE LAW OFFICES OF FRANK R. CRUZ**
Frank R. Cruz
1999 Avenue of the Stars, Suite 1100
Los Angeles, CA 90067
Telephone: (310) 914-5007

*Additional Counsel*

**PROOF OF SERVICE BY ELECTRONIC POSTING**

I, the undersigned say:

I am not a party to the above case, and am over eighteen years old. On August 22, 2022 I served true and correct copies of the foregoing document by posting the document electronically to the ECF website of the United States District Court for the District of Nevada, for receipt electronically by the parties listed on the Court's Service List.

I affirm under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on August 24, 2022 at Las Vegas, Nevada.